Jeffery J. Oven (#6-3371)
Christopher C. Voigt (#6-3313)
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 N. 31st Street, Suite 500
P.O. Box 2529
Billings, MT 59103-2529
Phone:  (406) 252-3441
Facsimile: (406) 252-5292
joven@crowleyfleck.com
cvoigt@crowleyfleck.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| KATHY SHARMAN and PHIL SHARMAN, wife and husband, <br><br> Plaintiffs, <br><br> vs. <br><br> POWELL VALLEY HEALTHCARE, INC., and ELIZABETH SPOMER, M.D. <br><br> Defendants. | Cause No.  09-CV-108-B <br><br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ELIZBETH SPOMER, M.D.** |

COME NOW the plaintiffs and defendant Elizabeth Spomer, M.D., by and through their respective counsel of record, and stipulate that all of the claims of each party against the other asserted herein should be dismissed with prejudice, with each party to bear its own costs of action and attorneys' fees.

WHEREFORE, the parties jointly pray that the Court enter an order dismissing the captioned matter against Elizabeth Spomer, M.D. with prejudice, with each party to bear its own costs of action and attorneys' fees.

Dated this 27th day of October, 2009.

CROWLEY FLECK PLLP

By    /s/ Jeffery J. Oven
     Jeffery J. Oven
     P. O. Box 2529
     Billings, MT  59103-2529
     ***Attorneys for Defendant***
     ***Elizabeth Spomer, M.D.***

Wyoming Business Address of Record:
PMB 205
1842 Sugarland Drive #108
Sheridan, WY  82801-5719

Dated this 27th day of October, 2009.

EISELEIN & GRUBBS, PLLP

By    /s/ Larry G. Grubbs
     Larry G. Grubbs
     P. O. Box 1729
     Billings, MT  59103-1729
     ***Attorneys for Plaintiffs***