Jeffery J. Oven (#6-3371)
Christopher C. Voigt (#6-3313)
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 N. 31st Street, Suite 500
P.O. Box 2529
Billings, MT 59103-2529
Phone: (406) 252-3441
Facsimile: (406) 252-5292
joven@crowleyfleck.com
cvoigt@crowleyfleck.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| KATHY SHARMAN and PHIL SHARMAN, wife and husband, | ) ) ) | Cause No. 09-CV-108-B |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT POWELL VALLEY HEALTHCARE, INC.** |
| POWELL VALLEY HEALTHCARE, INC., and ELIZABETH SPOMER, M.D. | ) ) ) | |
| Defendants. | ) | |

COME NOW the plaintiffs and defendant Powell Valley Healthcare, Inc., by and through their respective counsel of record, and stipulate that all of the claims of each party against the other asserted herein have been fully satisfied, compromised and set aside, that all claims raised in the above-captioned matter should be dismissed with prejudice, with each party to bear its own costs of action and attorneys' fees.

WHEREFORE, the parties jointly pray that the Court enter an order dismissing the captioned matter with prejudice, with each party to bear its own costs of action and attorneys' fees.

Dated this 8th day of December, 2009.

                CROWLEY FLECK PLLP

                By   /s/ Jeffery J. Oven
                    Jeffery J. Oven
                    P. O. Box 2529
                    Billings, MT 59103-2529
                    ***Attorneys for Defendant***
                    ***Powell Valley Healthcare, Inc.***

Wyoming Business Address of Record:
PMB 205
1842 Sugarland Drive #108
Sheridan, WY 82801-5719

Dated this 8th day of December, 2009.

                EISELEIN & GRUBBS, PLLP

                By   /s/ Larry G. Grubbs
                    Larry G. Grubbs
                    P. O. Box 1729
                    Billings, MT 59103-1729
                    ***Attorneys for Plaintiffs***